**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **HOLLIS D. HALL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. CIV-10-163-RAW**−KEW |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social** | ) | |
| **Security Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

By order entered this date, this court ordered that this matter be remanded to

Defendant.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Defendant's

decision is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant for

further proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).

**IT IS SO ORDERED** this 30th day of September, 2011.

**Dated this 30ᵗʰ day of September, 2011.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma