# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **HOLLIS D. HALL,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MICHAEL J. ASTRUE,** )<br>**Commissioner of Social** )<br>**Security Administration,** )<br>)<br>Defendant. ) | Case No. CIV-10-163-RAW-KEW |

## J U D G M E N T

By order entered this date, this court ordered that this matter be remanded to Defendant.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Defendant's decision is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant for further proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).

**IT IS SO ORDERED** this 30th day of September, 2011.

**Dated this 30th day of September, 2011.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma